**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN C. MARTINEZ, | ) | 1:09cv02119 DLB (PC) |
| | ) | |
| Plaintiff, | ) ) ) | ORDER DIRECTING CLERK TO REDESIGNATE ACTION AS REGULAR CIVIL ACTION |
| v. | ) | |
| DERRAL G. ADAMS, et al., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff Steven C. Martinez, a state prisoner, is represented by counsel in this matter. The Clerk of the Court is therefore ORDERED TO REDESIGNATE this action to reflect that it is a regular civil action and to assign a district court judge. Any applicable standing orders and the scheduling order issued in regular civil actions also shall issue in this case.

IT IS SO ORDERED.

Dated:   **January 27, 2010**              /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

1