**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN C. MARTINEZ, | ) | 1:09cv02119 LJO DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER DIRECTING PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS |
| v. | ) | |
| DERRAL G. ADAMS, et al., | ) ) ) | |
| Defendants. | ) ) | |

    Plaintiff Steven C. Martinez, a state prisoner, filed the instant action on December 2, 2009. On February 3, 2010, Defendants filed a Motion to Dismiss and set a March 11, 2010 hearing before United States District Judge Lawrence J. O'Neill. The Court referred the motion to the undersigned for findings and recommendations pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302. The Court also vacated the March 11, 2010 hearing.

    To date, Plaintiff has not filed a response to the motion to dismiss. Accordingly, the Court ORDERS Plaintiff to file a response or a statement of non-opposition to the Motion to Dismiss within twenty-one (21) days of service of this order. Defendants may, not more than seven (7) days after any opposition is served, file a reply.

    IT IS SO ORDERED.

    Dated: **April 21, 2010**                    **/s/ Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE